IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERMAN M. THOMAS,

    Plaintiff,                    No. CIV S-05-0200 LKK DAD PS

    vs.

THE PEOPLE OF THE UNITED
STATES OF AMERICA, GREGORY
G. HOLLOWS, MAGISTRATE JUDGE,

    Defendant.                <u>ORDER</u>

        Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On August 17, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days.  Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

1

1.   1.  The findings and recommendations filed August 17, 2005, are adopted in full;

2.   2.  Plaintiff's complaint is dismissed without leave to amend; and

3.   3.  The Clerk is directed to close this case.

4   DATED:  September 23, 2005.

6           /s/Lawrence K. Karlton
          UNITED STATES DISTRICT JUDGE

7   /thomas0200.jo